# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ROOSEVELT RESHARD WILLIAMS, #161627**                                   **PETITIONER**

**VERSUS**                                           **CIVIL ACTION NO. 3:19-cv-78-DCB-FKB**

**WARDEN BANKS**                                                    **RESPONDENT**

## ORDER

BEFORE the Court is pro se Petitioner Roosevelt Reshard Williams's ("Petitioner") Motion for Reconsideration [16, 18].[1] Petitioner seeks reconsideration of the dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2254.

On May 14, 2019, the Court entered an Order of Dismissal [13] that determined that Petitioner failed to complete the exhaustion of his state remedies prior to filing this federal habeas petition and he failed to demonstrate good cause to stay the petition. *See* Order [13] at 4. The Court entered a Final Judgment dismissing the petition without prejudice. *See* J. [14].

In his Motion for Reconsideration, Petitioner states that this Court "overlooked" his Motion to Stay and once again seeks a stay of this case. Mot. [16, 18] at 2. Petitioner is mistaken. This Court fully considered his Motion for a stay as set forth in the Order of Dismissal. *See* Order [13] at 3. The Court carefully analyzed Petitioner's request under the factors set forth in *Rhines v. Weber*, 544 U. S. 269 (2005), to ultimately determine that Petitioner failed to demonstrate good cause to stay this petition. *Id.* Petitioner's Motion for Reconsideration does not present any new arguments. Petitioner is not entitled to the relief he seeks. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration [16, 18] is DENIED.

This, the 5th day of <u>September,</u> 2019.

                                                   <u>s/David Bramlette</u>
                                                   UNITED STATES DISTRICT JUDGE

---

[1] On June 20, 2019, Petitioner filed a signed version [18] of his original Motion [16].